*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00683-CR

Dwayne **PERKINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 293451
Honorable Dick Alcala, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed: December 9, 2009

DISMISSED FOR LACK OF JURISDICTION

Appellant was sentenced on August 20, 2009.  No timely motion for new trial having been filed, appellant's notice of appeal was due to be filed no later than September 20, 2009.  *See* TEX. R. APP. P. 26.2.  The notice of appeal was not filed until October 20, 2009, and no motion for extension of time was filed.  *See* TEX. R. APP. P. 26.3.

Appellant has not responded to this court's order for appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. This court lacks jurisdiction over an appeal of a criminal conviction in the absence of a timely, written notice of appeal. *See Olivo v. State*, 918 S.W.3d 519, 522 (Tex. Crim. App. 1996). The appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH